1  VERNON C. GOINS II (SBN 195461)
   TAYLOR & GOINS LLP
2  1330 Broadway, Suite 1701
   Oakland, CA 94612
3  Telephone:    (510) 893-9465
   Facsimile:    (510) 893-4228
4

5  Attorneys for Plaintiff
   INTEGRATED SEMICONDUCTOR
6  SERVICE, INC.

7              **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEGRATED SEMICONDUCTOR SERVICE, INC., a California corporation, | ) No.  C06-04386-MHP ECF ) ) **STIPULATION AND [PROPOSED]** ) **ORDER STAYING CASE** ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| JESSE BELL, individually and doing business as JC TECHNOLOGY SALES, and DOES 1-20, | ) ) ) ) |
| Defendants. | ) ) ) |
| | ) |

   WHEREAS, Defendant Jesse Bell d/b/a JC Technology Sales ("Bell") is the plaintiff in an action against Plaintiff Integrated Semiconductor Service, Inc. ("Integrated"), originally filed in Texas court and removed to the Northern District of Texas ("The Texas Action");

   AND WHEREAS, Avago Technologies U.S., Inc. ("Avago") is a co-defendant in The Texas Action and has a motion to transfer venue to the Northern District of California pending in the Northern District of Texas;

   AND WHEREAS, Bell has filed a pending motion to remand the case to Texas state court;

---
STIPULATION FOR ORDER STAYING CASE
Case No. C06-04386-MHP

1  AND WHEREAS, Bell has filed a motion to dismiss or stay the case before the above-captioned Court that was initially set to be heard on October 30, 2006 at 9:00 a.m.;

2  IT IS HEREBY STIPULATED AND AGREED by and between Bell and Integrated, by their respective counsel, that the matter be stayed until further court order upon motion of either of the parties to lift the stay for good cause shown after the motions pending in the Texas action have been resolved.

3  IT IS HEREBY FURTHER STIPULATED AND AGREED by and between Bell and Integrated, by their respective counsel, that either party may move to lift the stay, for good cause shown, once the motions pending in the Texas action have been resolved.

4  IT IS HEREBY FURTHER STIPULATED AND AGREED by and between Bell and Integrated, by their respective counsel, that in the event stay is lifted, immediately thereafter Bell will request a new hearing date on the motion to dismiss.

5  IT IS HEREBY FURTHER STIPULATED AND AGREED by and between Bell and Integrated, by their respective counsel, that once the stay has been lifted, Integrated will have until 20 days before the new hearing date to file and serve its papers and Opposition brief to the Motion to Dismiss or Stay, and Bell will have until 14 days before the new hearing date to file and serve its Reply brief and papers.

6  IT IS HEREBY FURTHER STIPULATED AND AGREED by and between Bell and Integrated, by their respective counsel, that if the Court refuses to order this matter stayed, that Integrated will have until Friday, October 13, 2006 to file and serve its papers and Opposition brief to the Motion to Dismiss or Stay and Plaintiff will have until October 20, 2006 to file a reply in support of its Motion to Dismiss or Stay without change to the October 30, 2006 hearing date.

1  Dated:   October 3, 2006
2           Oakland, CA                    TAYLOR & GOINS LLP

3

4                                          /s/  Vernon C. Goins
                                           VERNON C. GOINS
5                                          Attorneys for Plaintiff
                                           INTEGRATED SEMICONDUCTOR
6                                          SERVICE, INC.

7  Dated:   October 3, 2006
                                           MASON & PETRUZZI
8

9

10                                         /s/  James D. Petruzzi
                                           JAMES D. PETRUZZI
11                                         Attorneys for Defendant
                                           JESSE BELL d/b/a JC TECHNOLOGY SALES
12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED:  The parties' stipulation is approved.
    This matter is stayed until further notice by the parties.
14

15  _____
16  UNITED STATES DISTRICT JUDGE

17  Dated: October __24____, 2006.

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION FOR ORDER STAYING CASE
Case No. C06-04386-MHP